Priority+ Legal Services, Inc.
Legal Legs, LTD.
PO Box 540
Reisterstown, MD 21136



# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2015 | 66377 |

| E-Mail | Priorityplus@aol.com | |
|---|---|---|
| Phone # | Fax # | Federal Tax ID Number |
| 443-277-6180 | 410-558-6565 | 52-1955303 |

**Bill To**
The Kennedy Law Firm
1204 Main Street, Suite 176
Branford, CT 06405

**Ordered By:**
Michael Kennedy

| Plaintiff | Defendant | Client/Matter # | Terms |
|---|---|---|---|
| Grant | Commonwealth Financial Systems | | Net 30 |

| Description | Subject of Service | Rate | Amount |
|---|---|---|---|
| SERVICE OF PROCESS IN BALTIMORE, MARYLAND | Commonwealth Financial System | 50.00 | 50.00 |

Please note that our phone numbers have changed. The phone is now 443-277-6180 and the Fax is now 410-558-6565.

We now accept MasterCard, Visa & Discover.

PLEASE INCLUDE THE INVOICE NUMBER ON ALL CHECKS TO INSURE PROPER CREDIT TO YOUR ACCOUNT.

**Total** $50.00