UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ISABELLE E. GRANT

 Plaintiff,

V.              CIVIL ACTION NO
              1:15CV-1260-RDB

COMMONWEALTH FINANCIAL SYSTEMS, INC.

 Defendant.       August 31, 2015

## MOTION FOR DEFAULT JUDGMENT, REQUEST FOR STATUTORY DAMAGES, COSTS AND REASONABLE ATTORNEY FEES

The Plaintiff Isabelle E. Grant applies to the Court pursuant to Rule 55(b) of the Federal Rules of Civil Procedure to enter a default judgement in favor of the Plaintiff and against Defendant, Common Wealth Financial Systems, Inc. This application is made on the grounds that this Defendant has failed to appear and to file an answer to the complaint in this action, that the time allowed for filing the answer has expired and that this Defendant's default was duly entered on or about June 1, 2015, [Doc. No.5]. Service was effectuated in hand. This application is based on the record.

Plaintiff seeks statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k. In addition plaintiff seeks $400 for the filing fee with the Court; $50 for service of process (paid invoice) Exhibit "1" and attorney fees of $4,520 (time-sheet-attached) for a total sum of $5,970.00.

**Request GRANTED this 29th Day of September, 2015.**

_____
Richard D. Bennett
United States District Judge

Ms. Grant seeks statutory damages of $1,000. Plaintiff's in any successful action against any debt collector who fails to comply with 15 U.S.C. § 1692k is entitled to statutory damages. The purpose of statutory damage liability is to provide an economic incentive for legitimate debt collectors to comply with FDCPA requirements, *Wechsler v. Mackel Int'l Trade (In re Macke Int'l Trade)*, 370 B.R. 236 (B.A.P.9th Cir. 2007). Once liability is established, the imposition of damages for violations is mandatory, *Rodrigues v.:U.S. Bank (In re Rodrigues)*, 278 B.R. 683 (Bankr.D.R.I. 2002).

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 673
Blairsville, GA 30514
Ph  (443) 607-8901
Fax (443) 440-6372
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

### CERTIFICATION

I hereby certify that on 8/31/2015 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Matt Healey
Common Wealth Financial Systems, Inc.
245 Main Street
Dickson City, PA 18519

BY/S/Bernard T. Kennedy